# United States Court of Appeals
## For the First Circuit

No. 22-1062

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

LA LIGA DE CIUDADES DE PUERTO RICO,

Plaintiff, Appellant,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; AUTORIDADE DE ASESORIA FINANCIERA Y AGENCIA FISCAL (AAFAF); CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES (CRIM); ADMINISTRACION DE SEGUROS DE SALUD DE PUERTO RICO (ASES); LUIS M. COLLAZO RODRIGUEZ, in his Official Capacity as Administrator of the Sistemas de Retiro de los Empleados del Gobierno y la Judicatura del Estado Libre Asociado de Puerto Rico,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on July 25, 2024, is amended as follows:

On page 65, line 7, delete the comma after "standing principles".

On page 67, line 4, delete the comma after "standing principles".

On page 74, line9, delete the comma after "no great leap".